IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TONY ROY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE,<br><br>Defendant | Case No. 3:25-cv-03278-S |

**NOTICE OF APPEARANCE**

 Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.


Dated: December 1, 2025   PLAINTIFF, on behalf of himself
            and others similarly situated,


            */s/ Anthony Paronich*
            Anthony Paronich
            Email:  anthony@paronichlaw.com
            PARONICH LAW, P.C.
            350 Lincoln Street, Suite 2400
            Hingham, MA 02043
            Telephone:  (617) 485-0018
            Facsimile:  (508) 318-8100