# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROY** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-03278-S |
| ) | |
| **HAYES FAMILY ENTERPRISES LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Maxine Fligg, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 1, 2025, at 7:08 pm. I delivered these documents to HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE in Denton County, TX on December 4, 2025 at 5:23 pm at 4103 Gallant Ct, Flower Mound, TX 75028-3063 by leaving the following documents with Yivan Chen who as Registered Agent is authorized by appointment or by law to receive service of process for HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE.

Summons in a Civil Action
CLASS ACTION COMPLAINT
NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Judges' Copy Requirements for Electronic Filing

Asian Female, est. age 45-54, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.0439441,-97.0950522
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Maxine Fligg, I am 18 years of age or older, and my address is 1200 college pkwy , Lewisville, TX 75077, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Denton County   ,

   TX    on   12/5/2025  .

/s/ *Maxine Fligg*

Maxine Fligg
+1 (713) 256-3660
Certification Number: PSC-23875
Expiration Date: 2/28/2027



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)