IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § § | |
| *Defendant.* | § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE ("Defendant") respectfully moves this Court for an extension of time to and including January 19, 2026, for Defendant to answer or otherwise respond to Plaintiff TONY ROY's ("Plaintiff's") Class Action Complaint (the "Complaint") [Dkt. 1], and in support thereof, respectfully shows the Court as follows:

1. Plaintiff filed the Complaint on November 26, 2025. Defendant was served on December 4, 2025, making its response to the Complaint due on December 26, 2025.

2. The undersigned counsel was retained on or about December 10, 2025, will be on vacation from December 25, 2025 through January 5, 2026, and has preparations for a January 12, 2026, evidentiary hearing during the week of January 5, 2026.

1

3. Plaintiff alleges Defendant violated provisions of the Telephone Consumer Protections Act. Plaintiff seeks damages and injunctive relief and plans to ask the Court to certify this case as a class action.

4. Counsel for Defendant has not yet had the opportunity to investigate the specific allegations in the Complaint, and given other pre-existing deadlines, does not expect to have the opportunity to do so before the current deadline for a response to the Complaint.

5. The granting of this unopposed Motion will not affect any of the Court's deadlines in this case.

6. As indicated in the Certificate of Conference, Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE requests that this Court enter an Order allowing Defendant an extension of time to January 19, 2026, by which it must move, answer, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ *David W. Dodge*
David W. Dodge, P.C.
State Bar No. 24002000
GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
972-419-7130 – Telephone (DD)
972-418-8329 – Telecopier
ddodge@gpmz-law.com

ATTORNEY FOR DEFENDANT
HAYES FAMILY ENTERPRISES LLC d/b/a
GECKO GREEN LAWN CARE

## CERTIFICATE OF CONFERENCE

I certify that I communicated with counsel for Plaintiff on December 12, 2025, at which there was a substantive discussion of every item presented to this Court in this Motion, and Plaintiff's counsel stated that Plaintiff was not opposed to the relief sought in this Motion.

/s/ *David W. Dodge*
David W. Dodge

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I served a copy of the foregoing document on all counsel in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

/s/ *David W. Dodge*
David W. Dodge