IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § § | |
| *Defendant*. | § § | |

**DEFENDANT'S MOTION TO DISMISS INJUNCTIVE RELIEF CLAIM,
and MOTION TO STRIKE RULE 23(b)(2) CLASS ALLEGATIONS**

COMES NOW, Defendant Hayes Family Enterprises, LLC (dba Gecko Green Lawn Care) ("Defendant"), and pursuant to 12(b)(1) and 12(f) (or alternatively, under Rule 23(d)(1)(D)), respectfully requests the Court dismiss Plaintiff's claims for injunctive relief, and strike his corresponding Rule 23(b)(2) class action allegations. As explained in the Brief supporting this Motion, Plaintiff's Complaint (Dkt. 1) fails to allege facts supporting Plaintiff's Article III standing to pursue injunctive relief, and without such standing, Plaintiff has no viable allegations for an injunctive relief class under Rule 23(b)(2).

**PRAYER**

For the reasons set forth in its supporting brief, Defendant respectfully requests the Court: (i) dismiss the Complaint as to all claims for injunctive relief pursuant to Fed. R. Civ. P. 12(b)(1); and (ii) strike Plaintiff's Fed. R. Civ. P. 23(b)(2) class allegations from the Complaint pursuant to Fed. R. Civ. P. 12(f), or alternatively, Fed. R. Civ. P. 23(d)(1)(D).

Respectfully submitted,

/s/ *David W. Dodge*
David W. Dodge, P.C.
State Bar No. 24002000
ddodge@gpmz-law.com
Charles C. Frederiksen
State Bar No. 07413300
cfrederiksen@gpmz-law.com
GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
972-419-8300 – Telephone
972-418-8329 – Telecopier

ATTORNEYS FOR DEFENDANT
HAYES FAMILY ENTERPRISES LLC d/b/a
GECKO GREEN LAWN CARE

### CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I served a copy of the foregoing document on all counsel of record in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

/s/ *David W. Dodge*
David W. Dodge