IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TONY ROY, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE,<br><br>　　　　　　　　　Defendant | Case No. 3:25-cv-03278-S<br><br>**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE TO FEBRUARY 25 OR FEBRUARY 26, 2026** |

　　　　Plaintiff Tony Roy and Defendant Hayes Family Enterprises LLC (collectively, the "Parties") jointly move to continue the scheduling conference currently set for February 6, 2026, and respectfully state as follows:

　　　　1.　　On January 20, 2026, the Court entered an Order setting the Federal Rule of Civil Procedure 16 Scheduling Conference for February 6, 2026. [Dkt. 10].

　　　　2.　　Plaintiff's counsel has a pre-existing scheduling conflict on February 6, 2026, which prevents counsel from appearing at the currently scheduled FRCP 16 Scheduling Conference.

　　　　3.　　The Parties have conferred and jointly request that the FRCP 16 Scheduling Conference be continued and reset for **February 25 or February 26, 2026**, or at such other date and time as is convenient for the Court.

　　　　4.　　This is the Parties' first request to continue the FRCP 16 Scheduling Conference.

　　　　5.　　The requested continuance will not prejudice any party and will allow for meaningful participation in the FRCP 16 Scheduling Conference.

　　　　6.　　This request is made for good cause and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court continue the FRCP 16 Scheduling Conference currently set for February 6, 2026, and reset the conference for February 25 or February 26, 2026, or at such other date and time as the Court deems appropriate.

*[Counsel signature block to follow on next page.]*

Date: January 27, 2026

*/s/ Sharon Campbell*
Sharon Campbell (SBN # 03717600)
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
Telephone: (214) 351-3260
Fax: (214) 748-7778
sharon@sharonkcampbell.com

Cassandra P. Miller (*pro hac vice* pending)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony Paronich (*pro hac vice* pending)
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*


*/s/ David W. Dodge*
David W. Dodge, P.C. (SBN #24002000)
Charles C. Frederiksen (SBN #07413300)
**GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.**
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
Telephone: (972) 419-8300
Facsimile:  (972) 418-8329
ddodge@gpmz-law.com
cfrederiksen@gpmz-law.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I, Sharon Campbell, hereby certify that on January 27, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

    DATED this 27th day of January, 2026.

                                       Respectfully submitted,

                                       */s/ Sharon Campbell*
                                       Sharon Campbell (SBN # 03717600)
                                       3300 Oak Lawn Ave., Suite 425
                                       Dallas, Texas 75219
                                       Telephone: (214) 351-3260
                                       Fax: (214) 748-7778
                                       sharon@sharonkcampbell.com