IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § § | |
| *Defendant.* | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Defendant HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE ("<u>Defendant</u>") respectfully moves this Court for an extension of time to and including February 9, 2026, for Defendant to file a reply in further support of Defendant's motion to dismiss, and in support thereof, respectfully shows the Court as follows:

1. Defendant filed a *Motion to Dismiss Injunctive Relief Claim, and Motion to Strike Rule 23(b)(2) Class Allegations* [Dkt. 11] and supporting Brief [Dkt. 12] on January 20, 2026.

2. Plaintiff filed its *Opposition to Defendant's Motion to Dismiss and Strike Class Allegations* [Dkt. 13] on January 21, 2026.

3. The deadline for Defendant to file its reply to Plaintiff's opposition is February 4, 2026.

4.     Defendant is requesting an extension of time in which to file its reply from February 4, 2026 to February 9, 2026. Defendant's counsel has oral argument in the Dallas Court of Appeals on February 4, 2026, and preparations for that argument have interfered with his ability to complete Defendant's reply.

5.     The granting of this unopposed Motion will not affect any of the Court's other deadlines in this case.

6.     As indicated in the Certificate of Conference, Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE requests that this Court enter an Order allowing Defendant an extension of time to and including February 9, 2026, for it to file its reply to Plaintiff's opposition to Defendant's motion to dismiss.

Respectfully submitted,

/s/ *David W. Dodge*
David W. Dodge, P.C.
State Bar No. 24002000
GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
972-419-7130 – Telephone (DD)
972-418-8329 – Telecopier
ddodge@gpmz-law.com

ATTORNEY FOR DEFENDANT
HAYES FAMILY ENTERPRISES LLC d/b/a
GECKO GREEN LAWN CARE

**CERTIFICATE OF CONFERENCE**

 I certify that I communicated with counsel for Plaintiff on January 28, 2026, at which there was a substantive discussion of every item presented to this Court in this Motion, and Plaintiff's counsel stated that Plaintiff was not opposed to the relief sought in this Motion.

            /s/ *David W. Dodge*
            David W. Dodge

**CERTIFICATE OF SERVICE**

 I certify that on **January 30, 2026**, I served a copy of the foregoing document on all counsel in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

            /s/ *David W. Dodge*
            David W. Dodge