IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TONY ROY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE,<br><br>Defendant | Case No. 3:25-cv-03278-S |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hayes Family Enterprises LLC (dba Gecko Green Lawn Care) states it has no parent corporation, and no publicly held corporation owns 10% or more of its membership units.

Respectfully submitted,

/s/ *David W. Dodge*
David W. Dodge, P.C.
State Bar No. 24002000
ddodge@gpmz-law.com
Charles C. Frederiksen
State Bar No. 07413300
cfrederiksen@gpmz-law.com
GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
972-419-8300 – Telephone
972-418-8329 – Telecopier

**ATTORNEYS FOR DEFENDANT
HAYES FAMILY ENTERPRISES LLC d/b/a
GECKO GREEN LAWN CARE**

1

**CERTIFICATE OF SERVICE**

    I certify that on February 20, 2026, I served a copy of the foregoing document on all counsel of record in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

                                              /s/ *David W. Dodge*
                                              David W. Dodge