# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others similarly situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-3278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

John B. Shipp
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
(214) 543 4095
john@shippadr.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED February 25, 2026.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE