# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others similarly situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-3278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE | § § § | |

## ORDER

This Order addresses Defendant's Motion to Dismiss Injunctive Relief Claim, and Motion to Strike Rule 23(b)(2) Class Allegations ("Motion") [ECF No. 11]. At the FRCP 16 Scheduling Conference, held on February 25, 2026, Defendant orally moved for leave to withdraw its Motion. The Court **GRANTS** the oral motion to withdraw without prejudice.

**SO ORDERED.**

SIGNED February 26, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**