IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § § | |
| *Defendant*. | § § | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Hayes Family Enterprises, LLC (dba Gecko Green Lawn Care) ("Defendant" or "Gecko Green"), and respectfully files this, its Motion for Summary Judgment. This Motion is supported by a contemporaneously-filed Brief [Dkt. 27] and Appendix [Dkt. 28].

Defendant seeks summary judgment on all of Plaintiff Tony Roy's ("Plaintiff's") claims. Plaintiff—a former customer of Gecko Green—cannot show Defendant engaged in any "telephone solicitations" prohibited by the Telephone Consumer Protection Act ("TCPA"). This is so because until July 7, 2025, when Plaintiff asked to be placed on Gecko Green's Internal Do-Not-Call List, Plaintiff had an "established business relationship" with Gecko Green arising from his website inquiry about Defendant's services, and subsequent contract with Gecko Green to supply those services. Because Defendant has not called Plaintiff since July 7, 2025, Plaintiff has no claim for damages or injunctive relief under the TCPA as a matter of law.

In the unlikely event any of Plaintiff's damage claims survive this Motion, his claims for injunctive relief should still be dismissed because the undisputed facts show he lacks Article III

1

standing as to those claims. As such, Plaintiff's claims for an injunctive relief class under Rule 23(b)(2) should also be stricken.

          Respectfully submitted,

          /s/ *David W. Dodge*
          David W. Dodge, P.C.
          State Bar No. 24002000
          ddodge@gpmz-law.com
          Charles C. Frederiksen
          State Bar No. 07413300
          cfrederiksen@gpmz-law.com
          GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
          14901 Quorum Drive, Suite 300
          Dallas, TX 75254-6735
          972-419-8300 – Telephone
          972-418-8329 – Telecopier

          ATTORNEYS FOR DEFENDANT
          HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2026, I served a copy of the foregoing document on all counsel of record in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

          /s/ *David W. Dodge*
          David W. Dodge