IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § | |
| *Defendant.* | § § | |

**APPENDIX TO BRIEF IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Hayes Family Enterprises, LLC (dba Gecko Green Lawn Care)

("Defendant" or "Gecko Green"), and respectfully files this Appendix to the Brief in Support of

Defendant's Motion for Summary Judgment.

| EXHIBIT | DESCRIPTION | PAGES[1] |
|---|---|---|
| 1 | Declaration of John Hayes, Jr. | 3-8 |
| 1-A | Aug. 11, 2023 Website Inquiry by Plaintiff | 9-10 |
| 1-B | Screenshots from CRM Records for Plaintiff's Account with Gecko Green | 11-14 |
| 1-C | Gecko Green Service Records related to Plaintiff's Account | 15-31 |
| 1-D | Gecko Green FormSite DNC Request Form | 32-33 |
| 1-E | July 7, 2025 Individual Record re: Plaintiff DNC Request | 34-35 |
| 1-F | Excerpt of FormSite DNC Spreadsheet showing Plaintiff DNC Request | 36-38 |
| 1-G | Feb. 10, 2021 Email re: Gecko Green use of FormSite for DNC Requests | 39-40 |
| 2 | June & July 2025 Calendar | 42-43 |

---

[1] Pages match the .pdf page numbers.

1

Respectfully submitted,

/s/ *David W. Dodge*
David W. Dodge, P.C.
State Bar No. 24002000
ddodge@gpmz-law.com
Charles C. Frederiksen
State Bar No. 07413300
cfrederiksen@gpmz-law.com
GLAST PHILLIPS MURRAY ZOPOLSKY, P.C.
14901 Quorum Drive, Suite 300
Dallas, TX 75254-6735
972-419-8300 – Telephone
972-418-8329 – Telecopier

ATTORNEYS FOR DEFENDANT
HAYES FAMILY ENTERPRISES LLC d/b/a
GECKO GREEN LAWN CARE

### CERTIFICATE OF SERVICE

I certify that on March 11, 2026, I served a copy of the foregoing document on all counsel of record in accordance with Federal Rule of Civil Procedure 5 via the Court's ECF system.

/s/ *David W. Dodge*
David W. Dodge

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY ROY, on behalf of himself and others Similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-03278-S |
| HAYES FAMILY ENTERPRISES LLC d/b/a GECKO GREEN LAWN CARE, | § § § | |
| *Defendant.* | § § | |

## DECLARATION OF JOHN HAYES, JR.

I, John Hayes, Jr., am over the age of 21 years, of sound mind, fully competent to make this Declaration, and the facts hereinafter stated are within my personal knowledge and true and correct.

1.      My name is John Hayes, Jr.  I am a United States citizen, and resident of the State of Texas.  I am also the President of Hayes Family Enterprises LLC (dba Gecko Green Lawn Care) (hereinafter, "Gecko Green" or the "Company").  I have served the Company in that capacity since it was formed in 2013.

2.      I make this Declaration as a corporate representative of Gecko Green in support of Defendant's Motion for Summary Judgment.

3.      Gecko Green is a lawn-care and pest-control services company that does business exclusively in the Dallas-Ft. Worth Metropolitan area.  The Company was formed in 2013 by my father and I, and has been continuously operated as a privately-held family business ever since.

4.      Gecko Green does not buy lead or phone lists.  Gecko Green also does not make marketing calls to any residential phone subscriber who has not first expressed interest in obtaining information about Gecko Green's services (e.g., via an inquiry through Gecko Green's website, or

1

in response to direct mail, door-to-door, or radio solicitations).   No third party makes marketing calls on Gecko Green's behalf.

5.      On August 11, 2023, Plaintiff Tony Roy ("Plaintiff") made an inquiry regarding Gecko Green's lawn care services by filling out an interest form on Gecko Green's website.  A true and correct copy of the website inquiry made by Plaintiff on that date is attached as Exhibit "A".

6.      Plaintiff's website inquiry triggered the Gecko Green staff to create a record for plaintiff in Gecko Green's Customer Relationship Management ("CRM") system, *Real Green*.  In that record, excerpted below, the "Customer Since" date is the date of Plaintiff's website inquiry.



Exhibit "B" at APP.-012.   True and correct screenshots from the Plaintiff's account record from Gecko Green's CRM system are attached as Exhibit "B".[1]

7.      The "Source" field in the foregoing excerpt from the CRM system shows Plaintiff's August 11, 2023 website inquiry was followed up on by a member of Gecko Green's a door-to-door sales team, and that as a result of that follow up, Plaintiff became a Gecko Green customer.

8.      The following excerpt from Plaintiff's CRM record shows that on November 9, 2023, Plaintiff signed up for Gecko Green's services.

---

[1] The "6-Cancelled-Call Next Year" field is a field that is auto-generated by the off-the-shelf CRM software Gecko Green uses, and does not reflect that any calls were or will be made to any former customer.  *See* Exhibit "B" at APP.-012.



<u>Exhibit "B"</u> at APP.-012.

9.     From November 9, 2023 until April 24, 2024, Plaintiff remained a Gecko Green customer.  True and correct copies of records showing the dates on which Gecko Green performed services for Plaintiff during that time period are attached as <u>Exhibit "C"</u>.

10.    Plaintiff alleges in Paragraph 26 of this Complaint that he made a verbal request to be placed on Gecko Green's Internal Do Not Call List in November of 2024.  I have reviewed Gecko Green's call records from November 2024, and there is no record of any call to or from Plaintiff during that month.

11.    The process by which Gecko Green logs do-not-call requests varies depending on to whom the request is made.  If the request is made to a member of our inside sales team, that information is input into Gecko Green's CRM system by the member of the inside sales team to whom the request was made.

12.    On occasion, members of the Company's door-to-door sales team make also calls to prospective or former customers.  Because those team members do not have access to Gecko Green's CRM system, the Company created a FormSite form that allows the door-to-door sales team to report do-not-call requests to the Sales Administration Team for entry into Gecko Green's CRM system.   A true and correct copy of a screenshot of that FormSite form is attached as <u>Exhibit "D"</u>.

13.    All the door-to-door sales team member need do to send a do-not-call request in to the Sales Administration Team for entry into the CRM system is enter the customer's account

3

number and hit "Submit".[2]  Doing so generates both an individual record of the request, and populates a spreadsheet used by the Sales Administration Team to track entry of the do-not-call request in the CRM system.

14.     A true and correct copy of the individual record related to Plaintiff's do-not-call request is attached as Exhibit "E", and a true and correct copy of a portion of the FormSite response spreadsheet showing Plaintiff's do-not-call request was entered into Gecko Green's CRM system is attached as Exhibit "F".

15.     An excerpt from that spreadsheet related to Plaintiff's request to be added to Gecko Green's Internal Do-Not-Call List, appears below:

| Reference # | Status | Account Number: | Entered Into Real Green Completed | Not Completed | Date | Start Time | Finish Time | Duration (s) | User | Browser | Device | Referrer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9688678 | Complete | 205327 | 1 | | 2025-07-15 15:15:38 | 2025-07-07 17:00:34 | 2025-07-07 17:01:08 | 34 | 99.57.241.26 | Safari | Mobile | N/A |

*See* Exhibit "F" at APP.-38.  *See also* Exhibit "E".

16.     In the excerpt from the FormSite record, the "Account Number" ties this request to Plaintiff's account with Gecko Green.  The "Start Time" and "Finish Time" reflect that the member of the door-to-door sales team completed the FormSite form reporting Plaintiff's do-not-call request on July 7, 2025 at 5:01 p.m.  Plaintiff alleges in Paragraph 29(c) of his Complaint that the last call he received from Gecko Green occurred two minutes prior to the completion of this form— at 4:59 p.m., on July 7, 2025.  *See* Exhibits "E" & "F".

17.     The following excerpt from Plaintiff's CRM account record reflects that on July 15, 2025, Gecko Green put Plaintiff on its Internal DNC List:

---

[2] Members of the door-to-door sales team are periodically trained on the use the FormSite form, as Gecko Green has no interest in upsetting potential customers with unwanted telephone solicitations.  *See, e.g.,* Exhibit "G".



Exhibit "B" at APP.-13.  On occasion, the Sales Administration Team will also change the customer's phone number in the Customer Contact Information field to "(999) 999-9999" as an additional safeguard against any further calls being placed to customers who have requested to be placed on Gecko Green's internal do-not-call list.  *Id.* at APP.-012.

18.    I have reviewed the Gecko Green phone records between July 7, 2025 and November 26, 2025 (the date Plaintiff's lawsuit was field).  During that time period, Gecko Green made no further calls to Plaintiff.  Gecko Green has also made no calls to Plaintiff since this lawsuit was filed.

19.    Gecko Green has no intention of calling Plaintiff in the future, absent his contacting Gecko Green and again expressing interest in using its services.

20.    The 32 pages of documents attached as Exhibits "A" through "G" (the "Records") are true and correct (albeit in some instances, redacted) copies of the original documents, or excerpts therefrom.  The Records were: (a) made at or near the time by — or from information transmitted by — someone with knowledge; and (b) kept in the course of Gecko Green's regularly conducted business activity.  It was also the regular practice of Gecko Green to make the Records.

21.    I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and within my personal knowledge.

Signed: March 11, 2026

*John Hayes, Jr.*
John Hayes, Jr. (Mar 11, 2026 19:48:31 CDT)

John Hayes, Jr.

5

# EXHIBIT "A"



« Expand                    **Lead Details**                    Close ✕

Overview      Lead Analysis      Activity

**Roy Tony**
( No Company Name )
+1817807▮▮▮

| | Lead Score | | Quotable |
| | 0 pts | | Not Set |
| | Quote Value | | Sales Value |
| | $0.00 | | $0.00 |

∧  **Customer Journey**

○  G  **Fri, Aug 11, 2023 at 5:51 AM**
google organic
/

●  ▣  **Fri, Aug 11, 2023 at 5:51 AM**
Web Form via Home Banner Form
/

∧  **Custom Fields**

Charged Status          Not Set

Disputed                Not Set

GGA Ad Location         Not Set

GGA Target Job          Not Set
Type

Sales Rep Name

∧  **User Information**

Operating System        Android 10

Browser                 Chrome Mobile 115

Device Type             Smartphone

IP Address              104.189.149.100

**Home Banner Form**
Fri, Aug 11, 2023 at 5:51 AM

MAPPED
Address
15560 Yarberry Drive

MAPPED
Contact Name
Tony

MAPPED
Email
tina.mary216@gmail.com

MAPPED
Phone Number
8178073090

MAPPED
Zip Code
76262

# EXHIBIT "B"



APP.-012



APP.-013



APP-014

# EXHIBIT "C"



Manage My Account                    Refer a Friend                    Contact Us

Account No: 205327
Serviced: November 17, 2023

## We've serviced your lawn. These services were performed...

Tony, Today at 7:36 am
we visited your property: 15560 Yarberry Dr
Roanoke, TX 76262

We performed the following:

- **TURF LAWN ROUND 8 -** 🖨 (view invoice)
  📄 (view detailed report)
  *Technician: Jimmy Westerman*
  *- Temperature: 58° - Wind Speed: 3 SW*
  Today's treatment is a full liquid broadcast treatment for your lawn. This is a pre-emergent designed to form a barrier throughout your turfs root system. Its purpose is to stop the germination and growth of cool season grasses and weeds. We are continuing to address any currently existing weeds present at the time of this treatment. Broadleaf weeds will curl and discolor over the next 10 to 14 days. Mowing is essential in the process of weed control. Water this treatment within 48 hours for best results. As temps are falling, we recommend watering 2 days a week. (12 minutes on pop-ups, and 24 minutes on rotary heads) Mowing is going to be based on growth and weed presence. Discoloring of turf will be occurring as lawns enter into early dormancy, this is totally normal as temps cool. IF THERE IS ANY DEVIATION FROM THE TREATMENT ABOVE; IT WILL BE DESCRIBED IN THE TECHNICIAN NOTES SECTION BELOW.

  *Technician's Note:*
  *Good morning Mr. Roy, I knocked on the door, it was nice talking with you today. I saw you have a large amount of weeds. I made sure to treat all of them today. Please know that weeds germinate very quickly the only way to address them is with a contact treatment. They have to be present on the lawn at the time of the treatment. This doesn't mean that no more weeds will pop up between treatments, but I assure you we are going to address them every time we*

*come out. Please be sure to water to active the treatment and mow. These are essential to proper weed control. In the meantime in around 2 weeks after activating the treatment you will see browning of the weeds. If you do not mow we both won't get the results we want. Let's work together to get your lawn were we want it to be!*

Also... For your convenience, and the overall health of your property, our services continue from year to year. For a change in service please call our office.

Craig Sims (0779672)
(972) 899-9249
customercare@geckogreen.com

### We've noticed the following conditions...

While servicing your property your technician noted the following condition:

- **Broadleaf Weeds**



TECHNICIAN'S RECOMMENDATIONS





REFER A FRIEND AND RECEIVE A

**$30 CREDIT**

TERMS AND CONDITIONS
Applicable for full programs. Call for details.

972-899-9249
www.geckogreen.com

GECKO GREEN
LAWN CARE & PEST CONTROL

APP.-017

3/9/26, 3:56 PM                                    Tony, Service Summary Report



Facebook

**Gecko Green West**

**6015 Commerce Dr**

**Suite 400**

**Irving, TX 75063**

**ph: (972) 899-9249**

View Online  •  Unsubscribe

© 2023 Real Green Systems, All rights reserved

*Please Note  This email may contain advertisements  To ensure delivery to your inbox, add scheduling@geckogreen com to your address*

*book*

APP.-018

3/9/26, 3:56 PM
Tony, Service Summary Report



Manage My Account                    Refer a Friend                    Contact Us

Account No: 205327
Serviced: December 13, 2023

**We've serviced your lawn. These services were performed...**

Tony, Today at 11:32 am
we visited your property: 15560 Yarberry Dr
Roanoke, TX 76262

We performed the following:

APP.-019

- **TURF LAWN ROUND 9 -** 🖨 (view invoice)
📄 (view detailed report)
*Technician: Vonte Johnson*
*- Temperature: 59° - Wind Speed: 5 N*

We are finishing this year off with a full liquid application of potassium. This is a treatment designed to winterize the turfs, allow for better handling of inclement weather. This treatment affects the plants overall health allowing it to better survive stresses and uptake of our products during the dormant season. This is essential to ensuring your turf survives a harsh winter. We will also be addressing any existing broadleaf weeds currently present while we are there. These will take 10 to 14 days to wilt and curl. Going into dormancy the higher your turf the better protection afforded in the coming cold months. Watering needs to be done throughout the winter at about 10 minutes, once a week, if no rainfall. This helps prevent frost and freeze damage. We here at Geckogreen wish you a wonderful holiday season and rest of the year. Thank you so much for being one of our loyal customers.

***Technician's Note:***
*Good Day, Mr,Mrs. Roy sorry I missed you! today's treatment was potash (potassium) and weed control. yard is responding really well to all the applications. I did not notice anything alarming or two concerning while treating the property today. We also offer tree and shrub, pest,fire ant ,and mosquito Thank you for your business and my name is Vonte. HAPPY HOLIDAYS/ HAPPY NEW YEARS!*


Also... For your convenience, and the overall health of your property, our services continue from year to year. For a change in service please call our office.

Craig Sims (0779672)
(972) 899-9249
customercare@geckogreen.com





Facebook

**Gecko Green West**

**6015 Commerce Dr**

**Suite 400**

**Irving, TX 75063**

**ph: (972) 899-9249**

View Online  •  Unsubscribe

© 2023 Real Green Systems, All rights reserved

*Please Note  This email may contain advertisements  To ensure delivery to your inbox, add scheduling@geckogreen com to your address book*

APP.-021



Manage My Account                    Refer a Friend                    Contact Us

Account No: 205327
Serviced: February 16, 2024

**We've serviced your lawn. These services were performed...**

Tony, Today at 1:08 pm
we visited your property: 15560 Yarberry Dr
Roanoke, TX 76262

We performed the following:

- **TURF LAWN ROUND 1 -** 🖨 (view invoice)
  📄 (view detailed report)
  *Technician: Andrew Nielsen*
  *- Temperature: 61° - Wind Speed: 1 N*
  Our TURF 1 application is a full liquid broadcast spray, specifically designed to help prevent
  germination of cooler season grassy weeds. Such as Rescue and Poa Annua. For the best
  results from this treatment, please water at least 10 minutes per zone over the next 48 hours.
  This will allow the product to spread out and form a stronger barrier, preventing plants from
  breaking the soil. This barrier is the strongest in areas where the turf is thick and maintains a
  good root system. We are also utilizing a post-emergent contact control to address any
  broadleaf weeds that currently exist on the property. You will notice curling and possibly
  discoloration in the broadleaf weeds within a 14-day period as the product moves through the
  plant.
  Because warm season turf grasses are in full dormancy, a full watering schedule can cause
  more harm than good. As we push through January and February dealing with colder Texas
  temperatures, you need to water once every 14 days at 10 minutes on all zones. This allows
  you to help protect the turf root system against excessive temperatures.
  Mowing at this time of year does not need to be done except in the instance of helping to stress
  a heavy weed population. In that case do not cut the grass, but trim off the weeds.
  Watering and mowing are an integral part of proper weed control and maintenance in our Texas
  turfs. Please refer to the technician section below for any deviation of this application or special
  needs for your property.

APP.-022

3/9/26, 3:57 PM                                     Tony, Service Summary Report

**Technician's Note:**
*Nice speaking with you, Tony Roy. Thank you for letting me treat your lawn today. Don't forget to water. If you have any comments, questions, or concerns regarding this visit or any others, please feel free to reach out. We are also here to assist you in any other needs including: tree and shrub protection, fire ant control Mosquito prevention and pest control. Yearly aerations, are also recommended. Thank you for your business and have a great day Andrew*

Also... For your convenience, and the overall health of your property, our services continue from year to year. For a change in service please call our office.

Craig Sims (0779672)
(972) 899-9249
customercare@geckogreen.com







Facebook

**Gecko West**
**6015 commerce Dr**
**Suite 400**
**Irving, TX 75063**
**ph: (972) 899-9249**

View Online  •  Unsubscribe

© 2024 Real Green Systems, All rights reserved.

*Please Note: This email may contain advertisements. To ensure delivery to your inbox, add scheduling@geckogreen.com to your address*

APP.-023

3/9/26, 3:57 PM

Tony, Service Summary Report

*book*

APP.-024

3/9/26, 3:57 PM                                   Tony, Service Summary Report



Manage My Account                    Refer a Friend                    Contact Us

Account No: 205327
Serviced: March 22, 2024

**We've serviced your lawn. These services were performed...**

Tony, Today at 8:32 am
we visited your property: 15560 Yarberry Dr
Roanoke, TX 76262

We performed the following:

APP.-025

- **TURF LAWN ROUND 2 -** 🖨 (view invoice)
📄 (view detailed report)
*Technician: Ashton Stewart*
*- Temperature: 58° - Wind Speed: 1 S*
Today's lawn application is a full liquid treatment. We are applying our second round of spring pre-emergent. This is designed to protect against the emergence of Poa Annua, Barnyard Grass, Chickweed, Crabgrass (large and smooth) as well as a giant spectrum of winter and emerging early spring weeds. We will also apply a broadleaf herbicide at the time of this application to address any existing broadleaf weeds that are present at the time of application. We are also adding a fertilizer into our liquid application to help with spring growth and early green up. What we need you to do following our treatment is to please water within 48 hours. At this time, it's important to scalp and bag all Bermuda turfs. Following these steps your broadleaf weeds will wilt and discolor over the next 10 to 14 days. Watering at this time of year should be 1X a week at 12 minutes on pop up heads. 26 minutes on Rotary Heads. Landscaping and Drip lines need 20 minutes per week. If there is any deviation from the treatment above, it will be notated below by your technician.

*Technician's Note:*
*Sorry I missed you this morning Mr. and Mrs. Roy. I made sure to address the lawn as requested in the notes. Please be sure to check out our other programs that we have to offer throughout the year.*


Also... For your convenience, and the overall health of your property, our services continue from year to year. For a change in service please call our office.

Craig Sims (0779672)
(972) 899-9249
customercare@geckogreen.com



## We've noticed the following conditions...

While servicing your property your technician noted the following condition:

- **Broadleaf Weeds**

- **Needs Spring Aeration**
Your lawn is heavily compacted making it hard for your turf to receive important nutrients and much needed oxygen. I recommend core aerating at least once per year to relieve this compaction and allow air, water, and other essential nutrients down into the root zone. This service will help your lawn maintain a healthy root system and give the turf a better resistance to summer stresses. Call today to get this service scheduled for your lawn.

- **Poa Annua**
I noticed you have poa annua or annual blue grass (green in color with a small white seed head) that has emerged in some areas of the lawn. These winter grassy weeds are difficult to control. As soil temperatures warm and we continue to treat throughout the Spring months the weeds will slowly decline. Mowing is critical to prevent this weed from seeding out and continuing to grow/spread into larger patches.

3/9/26, 3:57 PM                                    Tony, Service Summary Report

- **Rescuegrass**

  I noticed you have rescue grass (light green in color with a large seed head growing above the turf canopy) that has emerged in some areas of the lawn. These winter grassy weeds are difficult to control. As soil temperatures warm and we continue to treat throughout the Spring months the weeds will slowly decline.. Mowing is critical to prevent this weed from seeding out and continuing to grow/spread into larger patches.

- **Grassy Weeds**



TECHNICIAN'S RECOMMENDATIONS





Facebook

**Gecko West**

**6015 commerce Dr**

**Suite 400**

**Irving, TX 75063**

**ph: (972) 899-9249**

APP.-027

3/9/26, 3:57 PM

Tony, Service Summary Report

View Online • Unsubscribe

© 2024 Real Green Systems, All rights reserved

*Please Note  This email may contain advertisements  To ensure delivery to your inbox, add scheduling@geckogreen com to your address book*

3/9/26, 3:57 PM                                   Tony, Service Summary Report



Manage My Account                    Refer a Friend                         Contact Us

Account No: 205327
Serviced: April 24, 2024

## We've serviced your lawn. These services were performed...

Tony, Today at 2:46 pm
we visited your property: 15560 Yarberry Dr
Roanoke, TX 76262

We performed the following:

- **TURF LAWN ROUND 3 -** 🖨 (view invoice)
  📄 (view detailed report)
  *Technician: Ashton Stewart*
  *- Temperature: 88° - Wind Speed: 1 S*
  Turf 3 lawn application is a full granular fertilizer. It is specifically designed to help push warm
  season turf grasses out of dormancy. Included in this treatment we are spot treating a full
  spectrum of post-emergent for existing weeds. The existing broadleaf weeds will wilt and
  discolor over the next 10 to 14 days. Grassy weeds will take longer as higher temperatures and
  grass growth are big control factors. You should be mowing once every 14 days but is totally
  dependent on growth and temperatures. WATERING SHOULD BE ONCE A WEEK AT 12
  MINUTES PER ZONE AND 26 MINUTES ON ROTORS. Proper watering and mowing are
  essential for growth and proper weed control. Any deviation from this treatment will be found in
  technician note section.

  ***Technician's Note:***
  *Thank you for thinking of me this afternoon Mr. Mrs. Roy. The lawn is making good progress
  considering the crazy weather we've had this year. Keep up the good work. I madesure to spot
  treat the weeds today. Also, please be sure to look into our other programs that we have to
  offer throughout the year.*

APP.-029

Also... For your convenience, and the overall health of your property, our services continue from year to year. For a change in service please call our office.

Craig Sims (0779672)
(972) 899-9249
customercare@geckogreen.com

### We've noticed the following conditions...

While servicing your property your technician noted the following condition:

- **Grassy Weeds**

- **Rescuegrass**
  I noticed you have rescue grass (light green in color with a large seed head growing above the turf canopy) that has emerged in some areas of the lawn. These winter grassy weeds are difficult to control. As soil temperatures warm and we continue to treat throughout the Spring months the weeds will slowly decline.. Mowing is critical to prevent this weed from seeding out and continuing to grow/spread into larger patches.

- **Poa Annua**
  I noticed you have poa annua or annual blue grass (green in color with a small white seed head) that has emerged in some areas of the lawn. These winter grassy weeds are difficult to control. As soil temperatures warm and we continue to treat throughout the Spring months the weeds will slowly decline. Mowing is critical to prevent this weed from seeding out and continuing to grow/spread into larger patches.

- **Needs Spring Aeration**
  Your lawn is heavily compacted making it hard for your turf to receive important nutrients and much needed oxygen. I recommend core aerating at least once per year to relieve this compaction and allow air, water, and other essential nutrients down into the root zone. This service will help your lawn maintain a healthy root system and give the turf a better resistance to summer stresses. Call today to get this service scheduled for your lawn.

- **Broadleaf Weeds**



APP.-030

3/9/26, 3:57 PM                                                              Tony, Service Summary Report

TECHNICIAN'S RECOMMENDATIONS





Facebook

**Gecko West**

**6015 commerce Dr**

**Suite 400**

**Irving, TX 75063**

**ph: (972) 899-9249**

View Online  •  Unsubscribe

© 2024 Real Green Systems, All rights reserved.

*Please Note: This email may contain advertisements. To ensure delivery to your inbox, add scheduling@geckogreen.com to your address book.*

APP.-031

# EXHIBIT "D"



# EXHIBIT "E"

3/9/26, 3:59 PM
Formsite - Single Result Table

| | |
|---|---|
| Reference # | 9688678 |
| Status | Complete |
| Account Number: | 205327 |
| Entered Into Real Green | Completed |
| Last Update | 2025-07-15 15:15:38 |
| Start Time | 2025-07-07 17:00:34 |
| Finish Time | 2025-07-07 17:01:08 |
| IP | 99.57.241.26 |
| Browser | Safari |
| Device | Mobile |
| Referrer | N/A |

APP.-035

# EXHIBIT F

| Reference # | Status | Account Number: | Entered Into Real Green | | Date | Start Time | Finish Time | Duration (s) | User | Browser | Device | Referrer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Completed | Not Completed | | | | | | | | |
| 10195940 | Complete | 148990 | | | 2026-02-16 13:21:22 | 2026-02-16 13:21:09 | 2026-02-16 13:21:22 | 13 | 172.7.58.52 | Safari | Mobile | N/A |
| 10176144 | Complete | 241749 | 1 | | 2026-02-11 10:21:15 | 2026-02-07 11:09:23 | 2026-02-07 11:09:41 | 18 | 172.7.58.52 | Safari | Mobile | N/A |
| 10156019 | Complete | 230187 | 1 | | 2026-02-04 16:07:45 | 2026-01-29 16:02:13 | 2026-01-29 16:02:41 | 28 | 174.226.126.54 | Safari | Mobile | N/A |
| 10155801 | Complete | 219111 | 1 | | 2026-02-04 16:07:31 | 2026-01-29 14:54:30 | 2026-01-29 14:54:35 | 5 | 47.185.233.150 | Safari | Mobile | N/A |
| 10155789 | Complete | 237654 | 1 | | 2026-02-04 16:07:17 | 2026-01-29 14:48:08 | 2026-01-29 14:48:18 | 10 | 47.185.233.150 | Safari | Mobile | N/A |
| 10153398 | Complete | 235963 | 1 | | 2026-02-04 16:07:04 | 2026-01-28 17:00:40 | 2026-01-28 17:01:04 | 24 | 108.200.155.146 | Safari | Mobile | N/A |
| 10153397 | Complete | 233175 | 1 | | 2026-02-04 16:06:50 | 2026-01-28 16:42:26 | 2026-01-28 17:00:32 | 1086 | 108.200.155.146 | Safari | Mobile | N/A |
| 10152500 | Complete | 164173 | 1 | | 2026-02-04 16:06:37 | 2026-01-28 12:19:08 | 2026-01-28 12:19:19 | 11 | 207.213.181.100 | Safari | Mobile | N/A |
| 10150381 | Complete | 238309 | 1 | | 2026-02-04 16:06:24 | 2026-01-27 16:10:46 | 2026-01-27 16:10:57 | 11 | 174.226.138.82 | Safari | Mobile | N/A |
| 10150299 | Complete | 180160 | 1 | | 2026-02-04 16:06:09 | 2026-01-27 15:45:15 | 2026-01-27 15:45:24 | 9 | 174.244.51.52 | Safari | Mobile | N/A |
| 10150297 | Complete | 180048 | 1 | | 2026-02-04 16:05:55 | 2026-01-27 15:44:28 | 2026-01-27 15:44:35 | 7 | 174.244.51.52 | Safari | Mobile | N/A |
| 10150183 | Complete | 178006 | 1 | | 2026-02-04 16:05:39 | 2026-01-27 15:12:24 | 2026-01-27 15:12:46 | 22 | 47.161.48.218 | Safari | Mobile | N/A |
| 10150111 | Complete | 179657 | 1 | | 2026-02-04 16:05:24 | 2026-01-27 14:45:26 | 2026-01-27 14:45:36 | 10 | 174.244.50.219 | Safari | Mobile | N/A |
| 10150084 | Complete | 234577 | 1 | | 2026-02-04 16:05:06 | 2026-01-27 14:37:39 | 2026-01-27 14:37:46 | 7 | 75.87.35.166 | Safari | Mobile | N/A |
| 10150057 | Complete | 190212 | 1 | | 2026-02-04 16:04:44 | 2026-01-27 14:30:00 | 2026-01-27 14:30:11 | 11 | 47.161.48.218 | Safari | Mobile | N/A |
| 10149689 | Complete | 190157 | 1 | | 2026-02-04 16:04:23 | 2026-01-27 13:04:43 | 2026-01-27 13:04:51 | 8 | 47.161.48.218 | Safari | Mobile | N/A |
| 10149670 | Complete | 177838 | 1 | | 2026-02-04 16:04:05 | 2026-01-27 12:57:49 | 2026-01-27 12:58:22 | 33 | 174.244.50.219 | Safari | Mobile | N/A |
| 10149599 | Complete | 234714 | 1 | | 2026-02-04 16:03:58 | 2026-01-27 12:38:57 | 2026-01-27 12:39:02 | 5 | 47.185.233.150 | Safari | Mobile | N/A |
| 10130653 | Complete | 241275 | 1 | | 2026-02-04 16:03:48 | 2026-01-19 15:17:33 | 2026-01-19 15:17:54 | 21 | 172.7.58.52 | Safari | Mobile | N/A |
| 10130120 | Complete | 241371 | 1 | | 2026-02-04 16:03:38 | 2026-01-19 11:26:07 | 2026-01-19 11:32:22 | 375 | 172.7.58.52 | Safari | Mobile | N/A |
| 10123015 | Complete | 241157 | 1 | | 2026-01-15 12:03:56 | 2026-01-15 11:51:28 | 2026-01-15 11:51:55 | 27 | 172.7.58.52 | Safari | Mobile | N/A |
| 10117447 | Complete | 225335 | | | 2026-01-13 13:02:51 | 2026-01-13 13:02:46 | 2026-01-13 13:02:51 | 5 | 47.190.105.31 | Chrome | Desktop | N/A |
| 10065867 | Complete | 158823 | 1 | | 2026-01-09 13:02:12 | 2025-12-13 14:07:14 | 2025-12-13 14:08:05 | 51 | 174.255.148.215 | Safari | Mobile | N/A |
| 10056494 | Complete | 238146 | 1 | | 2025-12-09 13:00:04 | 2025-12-09 12:59:26 | 2025-12-09 12:59:32 | 6 | 47.190.105.31 | Chrome | Desktop | N/A |
| 10055990 | Complete | 195488 | 1 | | 2025-12-11 14:45:04 | 2025-12-09 10:29:54 | 2025-12-09 10:30:10 | 16 | 172.7.58.52 | Safari | Mobile | N/A |
| 10053682 | Complete | 152194 | 1 | | 2025-12-11 14:44:20 | 2025-12-08 13:30:54 | 2025-12-08 13:31:14 | 20 | 174.214.104.98 | Safari | Mobile | N/A |
| 10049263 | Complete | 193460 | 1 | | 2025-12-05 15:34:41 | 2025-12-05 14:23:39 | 2025-12-05 14:23:45 | 6 | 99.57.241.26 | Safari | Mobile | N/A |
| 10046724 | Complete | 191070 | 1 | | 2025-12-05 12:46:07 | 2025-12-04 15:53:05 | 2025-12-04 15:53:15 | 10 | 99.57.241.26 | Safari | Mobile | N/A |
| 10046427 | Complete | 213558 | 1 | | 2025-12-05 12:46:50 | 2025-12-04 14:31:50 | 2025-12-04 14:31:58 | 8 | 174.255.151.249 | Safari | Mobile | N/A |
| 10046405 | Complete | 213558 | 1 | | 2025-12-05 12:47:08 | 2025-12-04 14:23:01 | 2025-12-04 14:23:43 | 42 | 174.255.151.249 | Safari | Mobile | N/A |
| 10046393 | Complete | 98900 | 1 | | 2025-12-05 12:47:47 | 2025-12-04 14:20:31 | 2025-12-04 14:20:44 | 13 | 174.255.151.249 | Safari | Mobile | N/A |
| 10046330 | Complete | 139084 | 1 | | 2025-12-05 12:48:29 | 2025-12-04 14:01:07 | 2025-12-04 14:01:13 | 6 | 99.57.241.26 | Safari | Mobile | N/A |
| 10046313 | Complete | 211436 | 1 | | 2025-12-05 12:49:05 | 2025-12-04 13:54:30 | 2025-12-04 13:55:22 | 52 | 174.255.151.249 | Safari | Mobile | N/A |
| 10046084 | Complete | 199580 | 1 | | 2025-12-05 12:49:36 | 2025-12-04 13:02:04 | 2025-12-04 13:02:13 | 9 | 99.57.241.26 | Safari | Mobile | N/A |
| 10045969 | Complete | 182173 | 1 | | 2025-12-05 12:50:18 | 2025-12-04 12:30:58 | 2025-12-04 12:31:08 | 10 | 174.244.51.167 | Safari | Mobile | N/A |
| 10045855 | Complete | 182651 | 1 | | 2025-12-05 12:50:53 | 2025-12-04 12:05:59 | 2025-12-04 12:06:06 | 7 | 172.7.58.52 | Safari | Mobile | N/A |
| 10045798 | Complete | 233363 | 1 | | 2025-12-05 12:51:34 | 2025-12-04 11:49:05 | 2025-12-04 11:49:19 | 14 | 76.184.111.211 | Safari | Mobile | N/A |
| 10045777 | Complete | 233895 | 1 | | 2025-12-05 12:52:09 | 2025-12-04 11:47:03 | 2025-12-04 11:47:07 | 4 | 76.184.111.211 | Safari | Mobile | N/A |
| 10045720 | Complete | 238843 | 1 | | 2025-12-05 12:52:44 | 2025-12-04 11:30:31 | 2025-12-04 11:30:36 | 5 | 76.184.111.211 | Safari | Mobile | N/A |
| 10045617 | Complete | 183155 | 1 | | 2025-12-05 12:53:13 | 2025-12-04 11:04:37 | 2025-12-04 11:04:45 | 8 | 172.7.58.52 | Safari | Mobile | N/A |

APP.-037

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9694165 | Complete | 151584 | 1 | | 2025-07-15 15:16:33 | 2025-07-09 14:44:59 | 2025-07-09 14:45:05 | 6 | 174.244.18.181 | Safari | Mobile | N/A |
| 9693975 | Complete | 200865 | 1 | | 2025-07-15 15:16:14 | 2025-07-09 13:51:51 | 2025-07-09 13:51:58 | 7 | 99.57.241.26 | Safari | Mobile | N/A |
| 9688707 | Complete | 192837 | 1 | | 2025-07-15 15:15:56 | 2025-07-07 17:10:05 | 2025-07-07 17:10:17 | 12 | 172.7.58.52 | Safari | Mobile | N/A |
| 9688678 | Complete | 205327 | 1 | | 2025-07-15 15:15:38 | 2025-07-07 17:00:34 | 2025-07-07 17:01:08 | 34 | 99.57.241.26 | Safari | Mobile | N/A |
| 9688618 | Complete | 211666 | 1 | | 2025-07-15 15:15:23 | 2025-07-07 16:35:04 | 2025-07-07 16:35:12 | 8 | 99.57.241.26 | Safari | Mobile | N/A |
| 9688469 | Complete | 188353 | 1 | | 2025-07-15 15:15:03 | 2025-07-07 15:57:06 | 2025-07-07 15:57:18 | 12 | 99.57.241.26 | Safari | Mobile | N/A |
| 9688432 | Complete | 199879 | 1 | | 2025-07-15 15:14:45 | 2025-07-07 15:51:35 | 2025-07-07 15:51:56 | 21 | 99.57.241.26 | Safari | Mobile | N/A |
| 9687951 | Complete | 166231 | 1 | | 2025-07-15 15:14:26 | 2025-07-07 13:39:05 | 2025-07-07 13:39:16 | 11 | 99.57.241.26 | Safari | Mobile | N/A |
| 9687899 | Complete | 196174 | 1 | | 2025-07-15 15:13:58 | 2025-07-07 13:28:34 | 2025-07-07 13:28:56 | 22 | 99.57.241.26 | Safari | Mobile | N/A |
| 9687850 | Complete | 210613 | 1 | | 2025-07-15 15:13:40 | 2025-07-07 13:16:56 | 2025-07-07 13:17:06 | 10 | 99.57.241.26 | Safari | Mobile | N/A |
| 9683260 | Complete | 158567 | 1 | | 2025-07-15 15:13:22 | 2025-07-03 16:54:14 | 2025-07-03 16:55:01 | 47 | 174.244.34.196 | Safari | Mobile | N/A |
| 9683246 | Complete | 158567 | 1 | | 2025-07-15 15:13:13 | 2025-07-03 16:49:19 | 2025-07-03 16:49:53 | 34 | 174.244.34.196 | Safari | Mobile | N/A |
| 9683182 | Complete | 188621 | 1 | | 2025-07-15 15:12:55 | 2025-07-03 16:20:17 | 2025-07-03 16:20:43 | 26 | 174.244.34.196 | Safari | Mobile | N/A |
| 9682933 | Complete | 198080 | 1 | | 2025-07-15 15:12:37 | 2025-07-03 14:49:16 | 2025-07-03 14:49:23 | 7 | 174.244.48.204 | Safari | Mobile | N/A |
| 9682858 | Complete | 162742 | 1 | | 2025-07-15 15:12:20 | 2025-07-03 14:34:37 | 2025-07-03 14:34:37 | 20 | 174.244.48.204 | Safari | Mobile | N/A |
| 9682446 | Complete | 195683 | 1 | | 2025-07-15 15:12:02 | 2025-07-03 12:45:04 | 2025-07-03 12:45:18 | 14 | 172.7.58.52 | Safari | Mobile | N/A |
| 9682411 | Complete | 199829 | 1 | | 2025-07-03 12:44:39 | 2025-07-03 12:35:46 | 2025-07-03 12:36:40 | 54 | 174.244.34.196 | Safari | Mobile | N/A |
| 9682398 | Complete | 199829 | 1 | | 2025-07-03 12:57:49 | 2025-07-03 12:33:07 | 2025-07-03 12:33:35 | 28 | 174.244.34.196 | Safari | Mobile | N/A |
| 9682291 | Complete | 184877 | 1 | | 2025-07-03 12:57:28 | 2025-07-03 12:06:28 | 2025-07-03 12:06:41 | 13 | 174.244.33.235 | Safari | Mobile | N/A |
| 9682124 | Complete | 203207 | 1 | | 2025-07-03 12:57:13 | 2025-07-03 11:19:22 | 2025-07-03 11:19:31 | 9 | 174.244.33.235 | Safari | Mobile | N/A |
| 9682122 | Complete | 181059 | 1 | | 2025-07-03 12:56:58 | 2025-07-03 11:17:11 | 2025-07-03 11:18:56 | 105 | 174.244.34.196 | Safari | Mobile | N/A |
| 9682065 | Complete | 174115 | 1 | | 2025-07-03 12:56:45 | 2025-07-03 11:05:44 | 2025-07-03 11:06:22 | 38 | 174.244.34.196 | Safari | Mobile | N/A |
| 9677361 | Complete | 225041 | 1 | | 2025-07-03 12:56:29 | 2025-07-01 16:04:12 | 2025-07-01 17:04:20 | 8 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677345 | Complete | 210799 | 1 | | 2025-07-03 12:56:14 | 2025-07-01 16:00:39 | 2025-07-01 16:00:46 | 7 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677316 | Complete | 79188 | 1 | | 2025-07-03 12:56:00 | 2025-07-01 15:49:58 | 2025-07-01 15:50:05 | 7 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677312 | Complete | 226200 | 1 | | 2025-07-03 12:55:40 | 2025-07-01 15:47:05 | 2025-07-01 15:47:10 | 5 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677292 | Complete | 226643 | 1 | | 2025-07-03 12:55:24 | 2025-07-01 15:39:49 | 2025-07-01 15:40:03 | 14 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677181 | Complete | 155399 | 1 | | 2025-07-03 12:55:10 | 2025-07-01 15:06:14 | 2025-07-01 15:06:21 | 7 | 76.184.111.211 | Safari | Mobile | N/A |
| 9677062 | Complete | 226747 | 1 | | 2025-07-03 12:54:41 | 2025-07-01 14:34:50 | 2025-07-01 14:35:01 | 11 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676992 | Complete | 233612 | 1 | | 2025-07-03 12:54:02 | 2025-07-01 14:17:27 | 2025-07-01 14:17:39 | 12 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676917 | Complete | 229510 | 1 | | 2025-07-03 12:53:43 | 2025-07-01 13:58:22 | 2025-07-01 13:58:36 | 14 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676817 | Complete | 229028 | 1 | | 2025-07-03 12:53:11 | 2025-07-01 13:33:22 | 2025-07-01 13:33:33 | 11 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676792 | Complete | 230724 | 1 | | 2025-07-03 12:52:50 | 2025-07-01 13:25:55 | 2025-07-01 13:26:09 | 14 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676768 | Complete | 225039 | 1 | | 2025-07-03 12:52:33 | 2025-07-01 13:19:26 | 2025-07-01 13:19:33 | 7 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676677 | Complete | 165713 | 1 | | 2025-07-03 12:52:13 | 2025-07-01 12:57:52 | 2025-07-01 12:57:58 | 6 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676659 | Complete | 225220 | 1 | | 2025-07-03 12:51:54 | 2025-07-01 12:55:00 | 2025-07-01 12:55:03 | 3 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676638 | Complete | 226230 | 1 | | 2025-07-03 12:51:37 | 2025-07-01 12:48:40 | 2025-07-01 12:48:47 | 7 | 76.184.111.211 | Safari | Mobile | N/A |
| 9676593 | Complete | 200659 | 1 | | 2025-07-03 12:51:17 | 2025-07-01 12:38:34 | 2025-07-01 12:38:42 | 8 | 174.244.51.44 | Safari | Mobile | N/A |
| 9674722 | Complete | 219271 | 1 | | 2025-07-03 12:51:01 | 2025-06-30 18:27:14 | 2025-06-30 18:27:37 | 23 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674620 | Complete | 173933 | 1 | | 2025-07-03 12:42:23 | 2025-06-30 17:46:36 | 2025-06-30 17:46:45 | 9 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674549 | Complete | 171486 | 1 | | 2025-07-03 12:41:47 | 2025-06-30 17:23:53 | 2025-06-30 17:24:03 | 10 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674540 | Complete | 192308 | 1 | | 2025-07-03 12:41:32 | 2025-06-30 17:20:54 | 2025-06-30 17:21:04 | 10 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674518 | Complete | 225878 | 1 | | 2025-07-03 12:40:47 | 2025-06-30 17:14:36 | 2025-06-30 17:14:44 | 8 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674385 | Complete | 199619 | 1 | | 2025-07-03 12:40:32 | 2025-06-30 16:29:57 | 2025-06-30 16:30:05 | 8 | 76.184.111.211 | Safari | Mobile | N/A |
| 9674339 | Complete | 232003 | 1 | | 2025-07-03 12:40:19 | 2025-06-30 16:17:51 | 2025-06-30 16:18:01 | 10 | 76.184.111.211 | Safari | Mobile | N/A |

# EXHIBIT G



**From:** Paul Wilkerson <pwilkerson@geckogreen.com>
**Date:** Wednesday, February 10, 2021 at 9:49 AM
**To:** Paul Read <pread@geckogreen.com>, Kyle Parani <kparani@geckogreen.com>, Clint Brown <cbrown@geckogreen.com>, Shawn Singleton <ssingleton@geckogreen.com>, Cameron Hess <chess@geckogreen.com>, Thomas Adams <tadams@geckogreen.com>
**Subject:** DNC list

Team,
As a reminder, we have a form created for every rep to easily submit for a customer to be added to the Do Not Call list. The link is: https://fs28.formsite.com██████████

Please make sure your guys are using this link to submit these requests so that we can scrub them from our system and avoid upsetting potential customers. This probably wont show up as a shortcut on their phones, so they'll need to add this website manually.
Thanks,

**Paul Wilkerson**
Marketing Director
GeckoGreen.com
Office: (972) 584-9578
Cell: (469) 237-9050



*How did we do?*

1

APP.-040

# 2026-03-11 - Declaration of John Hayes [FINAL w-Exs.]

Final Audit Report                                      2026-03-12

| | |
|---|---|
| Created: | 2026-03-12 |
| By: | David Dodge (ddodge@gpm-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-XD_5EhxN9KNwQc2MF_2oK6pmvMf4pVq |

## "2026-03-11 - Declaration of John Hayes [FINAL w-Exs.]" History

📄 Document created by David Dodge (ddodge@gpm-law.com)
2026-03-12 - 0:23:13 AM GMT

📧 Document emailed to John Hayes, Jr. (jhayes@geckogreen.com) for signature
2026-03-12 - 0:23:27 AM GMT

📄 Email viewed by John Hayes, Jr. (jhayes@geckogreen.com)
2026-03-12 - 0:45:49 AM GMT

✍ Document e-signed by John Hayes, Jr. (jhayes@geckogreen.com)
Signature Date: 2026-03-12 - 0:48:31 AM GMT - Time Source: server

✅ Agreement completed.
2026-03-12 - 0:48:31 AM GMT

**Adobe Acrobat Sign**

# EXHIBIT 2

