**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AT DALLAS**

| | |
|---|---|
| **TONY ROY**, on behalf of himself and others similarly situated, | Case No. 3:25-cv-03278-S |
| Plaintiff, | Honorable Judge Karen Gren Scholer |
| v. | |
| **HAYES FAMILY ENTERPRISES LLC** d/b/a **GECKO GREEN LAWN CARE**, | |
| Defendant | |

## STIPULATION TO DISMISS

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims. As no class has been certified, this Stipulation is without prejudice as to any putative absent class member claims, except that any tolling of limitations on such claims that accrued with the filing of this suit is terminated as of the date of this Stipulation. Each party shall bear its own costs and attorney fees.

*[Counsel signatures to follow on next page.]*

1

Dated: March 23, 2026

*/s/ Cassandra P. Miller*
Cassandra Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony I Paronich
**PARONICH LAW PC**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiffs and the Class*

Dated: March 23, 2026

*/s/ David W. Dodge*
David W Dodge
Charles C. Frederiksen
**GLAST, PHILLIPS & MURRAY, P.C.**
14801 Quorum Drive, Suite 500
Dallas, TX 75254
[T] 972-523-3135
[F] 972-419-8329
ddodge@gpm-law.com
cfrederiksen@gpm-law.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on March 23, 2026, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 23rd day of March, 2026.

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

3